AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:09-cv-02405-RLH-LRL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Kelly McCartney

was received by me on *(date)*   06/07/2010   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I caused the summons to be mailed, via United States Postal Service registered mail as well as via United States first-class mail, to Kelly McCartney, in care of US Commerce Association, 228 Park Avenue, South, Suite 22935, New York, New York 10003, in accordance with Magistrate Judge Leavitt's May 12, 2010 Order (Document No. 9).

My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  07/29/2010

*Server's signature*

Lisa Williams
*Printed name and title*

Gibson Lowry Burris LLP
7201 West Lake Mead Boulevard, Suite 503
Las Vegas, Nevada 89128
*Server's address*

Additional information regarding attempted service, etc: