# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Stephens Media LLC, a Nevada limited-liability company,<br><br>        Plaintiff(s),<br><br>v.<br><br>US Commerce Association, a business entity of unknown form; Kelly McCartney, an individual,<br><br>        Defendant(s). | CV  2:09-cv-2405-RLH-LRL<br><br>**DEFAULT** |

It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __December 21, 2009__
(Original, Amended, etc)                                        (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

   Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants  US Commerce Association, a business entity of unknown form
Kelly McCartney, an individual

in the above-entitled action is hereby entered.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

7/30/2010
DATE