STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@dickinsonwright.com
JODI DONETTA LOWRY, ESQ.
Nevada Bar No. 7798
jdlowry@dickinsonwright.com

Dickinson Wright PLLC
7201 West Lake Mead Boulevard, Suite 503
Las Vegas, Nevada 89128

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>US COMMERCE ASSOCIATION, a business entity of unknown form; KELLY MCCARTNEY, an individual,<br><br>Defendants. | Case No.  2:09-cv-2405-RLH-LRL<br><br>**NOTICE OF FIRM NAME CHANGE** |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** and change your records to reflect that Steven A. Gibson, Esq. and Jodi Donetta Lowry, Esq. of Gibson Lowry Burris LLP, counsel for Stephens Media LLC, are now practicing under the name of **Dickinson Wright PLLC**. Counsels' address, telephone number, and facsimile number have not changed.

Please serve documents upon and correspond with the firm by its new name.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ Steven A. Gibson
    Steven A. Gibson, Esq.
    Nevada Bar No. 6656
    sgibson@dickinsonwright.com
    Jodi Donetta Lowry, Esq.
    Nevada Bar No. 7798
    jdlowry@dickinsonwright.com
Attorneys for Plaintiff
7201 West Lake Mead Boulevard, Suite 503
Las Vegas, Nevada 89128
(702) 541-7888

Dated: August 26, 2010

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I hereby certify that I am an employee of **Dickinson Wright PLLC**, and that on this **26th day of August, 2010,** I served a copy of the foregoing **NOTICE OF FIRM NAME CHANGE** by United States first-class mail to the following non-CM/ECF participants, at their last known address:

US Commerce Association
c/o Kelly McCartney
228 Park Avenue, South, Suite 22935
New York, New York 10003

Kelly McCartney
c/o US Commerce Association
228 Park Avenue, South, Suite 22935
New York, New York 10003

/s/Lisa Williams
An employee of **Dickinson Wright PLLC**

LASVEGAS 24517